IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW PEOPLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | NO. CIV-25-1492-HE |
| ) | |
| PAUL LAWRENCE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On January 6, 2026, United States Magistrate Judge Amanda L. Maxfield issued a Report and Recommendation recommending the court deny plaintiff's application [Doc. #2] requesting to proceed without prepaying fees or costs. [Doc. #7]. She also recommended this action be dismissed without prejudice to re-filing, if plaintiff does not pay the $405.00 filing fee in full within 21 days of any order adopting the Report and Recommendation.

Magistrate Judge Maxfield advised plaintiff of the right to file an objection to the Report and Recommendation as well as the consequences for failure to timely object. Any objection to the Report and Recommendation was due by January 27, 2026.

Plaintiff has filed a motion [Doc. #8] requesting an additional 30 days to pay the filing fee. According to plaintiff, his facility has advised that it takes time to remove money from his savings account.

Because plaintiff has not objected to Magistrate Judge Maxfield's recommendation to deny his application [Doc. #2], the court concludes that plaintiff has waived the right to

appellate review of that issue and will adopt the Report and Recommendation to that extent. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).  However, the court will grant plaintiff's motion requesting an additional 30 days to pay the full filing fee of $405.00.

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #7] to the extent that plaintiff's application [Doc. #2] requesting to proceed without prepaying fees or costs is **DENIED**.  Plaintiff's motion [Doc. #8] requesting an additional 30 days to pay the filing fee is **GRANTED**.  If plaintiff does not pay the $405.00 filing fee **within 30 days from the date of this order**, this action will be dismissed without prejudice to re-filing.

**IT IS SO ORDERED**.

Dated this 3rd day of January, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

2